```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DAVID BOHYEON LIM              :        CIVIL ACTION
                               :
        v.                     :
                               :
MATHU RAJAN, et al.            :        NO. 13-1385
```

ORDER

AND NOW, this 18th day of September, 2013, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

(1)  the motion of Mathu Rajan to dismiss the complaint (Doc. #16) is GRANTED under Rule 12(b)(1) of the Federal Rules of Civil Procedure for lack of subject matter jurisdiction;

(2)  the motion of STV Networks, Inc. to dismiss the complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure (Doc. #17) is GRANTED as to all claims arising on or before March 15, 2009; and

(3)  the motion of STV Networks, Inc. (Doc. #17) is DENIED as to all claims arising on or after March 16, 2009.

                                        BY THE COURT:


                                        /s/ Harvey Bartle III
                                                                 J.